SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>World of Good Tastes, Inc., et al,<br><br>Defendants | **Case No.2:08-cv-02437-LKK-EFB**<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within (30) calendar days.

Dated: June 16, 2009

_/S/ SCOTT N. JOHNSON__
By: SCOTT N. JOHNSON
Attorney for Plaintiff